

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00086-CV

| | |
|---|---|
| IN RE: THE COMMITMENT OF ROGER DALE GIBSON | § On Appeal from the 372nd District Court |
| | § of Tarrant County (D372-S-15388-23) |
| | § August 22, 2024 |
| | § Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr